IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| DERRICK WHITE, | ) |
| Plaintiff, | ) |
| v. | ) CV 605-068 |
| ROGERS STATE PRISON et al., | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Therefore, pursuant to 42 U.S.C. § 1997e, Plaintiff's claims are **DISMISSED** without prejudice, and this civil action shall be **CLOSED**.

SO ORDERED this ___ day of January, 2006.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA